# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| LAURA K. CAMPBELL, on behalf of herself and all others similarly situated, | Plaintiff |
| v. | |
| MICHAEL A. JACOB, II; JACOB LAW GROUP, PLLC; JEFFERSON CAPITAL SYSTEMS, LLC, | Defendants |

Consolidated Case No. 4:19-cv-179-JM

| | |
|---|---|
| JEANNETTE WELCH, on behalf of herself and all others similarly situated, | Plaintiff |
| v. | |
| MICHAEL A. JACOB, II; JACOB LAW GROUP, PLLC; MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC. | Defendants |

Consolidated Case No. 5:19-cv-105

| | |
|---|---|
| LILLIE BROWNLEE, on behalf of herself and all others similarly situated, | Plaintiff |
| v. | |
| MICHAEL A. JACOB, II; JACOB LAW GROUP, PLLC; MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC. | Defendants |

.

Consolidated Case No. 4:19-cv-208

BETTY JOHNSON, on behalf of herself and all
others similarly situated,                                                                                      Plaintiff

v.

MICHAEL A. JACOB, II; JACOB LAW
GROUP, PLLC; MIDLAND FUNDING, LLC;
MIDLAND CREDIT MANAGEMENT, INC.                                                      Defendants.

Consolidated Case No. 4:19-cv-267

**ORDER**

Pending is Plaintiffs' joint motion to dismiss. (Docket # 110). For good cause shown, the motion is GRANTED. All claims and causes of action against all defendants are hereby dismissed with prejudice with each party to bear their own costs and fees. The Clerk is directed to close each case.

IT IS SO ORDERED this 7th day of January, 2020.

_____
James M. Moody Jr.
United States District Judge